# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MELODY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-02527-SHL-atc |
| ) | |
| FEDEX CORPORATE SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 20th day of May, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE